In re MARRIAGE OF Sandra Sue MELCHIOR and Bradley Thomas Melchior.

Sandra Sue MELCHIOR, Petitioner/Respondent,

v.

Bradley Thomas MELCHIOR, Respondent/Appellant.

No. 61778.

Missouri Court of Appeals, Eastern District, Division Four.

May 11, 1993.

N. Scott Rosenblum, Ramona L. Marten, Wittner, Poger and Rosenblum, Clayton, for appellant.

Alan Neal Zvibleman, St. Louis, for respondent.

Before CARL R. GAERTNER, P.J., and CRANE and CRAHAN, JJ.

## ORDER

PER CURIAM.

This is an appeal from the trial court's judgment in a dissolution case. The trial court's judgment is supported by substantial evidence and is not against the weight of the evidence. No error of law appears. *Murphy v. Carron*, 536 S.W.2d 30, 32 (Mo. banc 1976).

An opinion reciting the detailed facts and restating the principles of law would have no precedential value. The parties have been furnished with a memorandum opinion, for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).